UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUEDTKE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CIOLLI, *et al.*,<br><br>　　　　　　Defendant. | Case No.: 1:20-cv-00406-BAM (PC)<br><br>ORDER DENYING *IN FORMA PAUPERIS APPLICATION* WITHOUT PREJUDICE<br>(ECF No. 2)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN **THIRTY (30) DAYS** |

Plaintiff James Luedtke ("Plaintiff") is a federal prisoner proceeding *pro se* in this civil rights action under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). Plaintiff initiated this action on March 19, 2020, (ECF No. 1), together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (ECF No. 2).

Plaintiff's application is incomplete. Although Plaintiff has signed the motion, Plaintiff has failed to submit a certified copy of his trust account statement and have the certification section of the form completed by the institution of incarceration. Plaintiff must submit a completed form and a certified copy of his trust account statement if he wishes for the application to be considered.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **March 19, 2020**        /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE